STATE OF NEW JERSEY v. EDWARD FEDEROWICZ.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE R. SILVERS.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ENRIQUE COLON.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HUGO HUNN.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHAN REED.

April 26, 1988.

Petition for certification denied.